COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION FOR REHEARING EN BANC

Case number:  01-12-00487-CR

Style:  *Thomas v. State*

Date motion filed:  May 17, 2013

Party filing motion:  Appellant, Roderick D. Thomas

A majority of the Court having voted against rehearing en banc, it is **ordered** that the motion for rehearing en banc is **denied**.

Judge's signature:     ___/s/ Jane Bland_____
                                    Acting for the Court

Before:  Chief Justice Radack and Justices Jennings, Higley, Bland, Massengale, Brown, and Huddle.  Justices Keyes and Sharp not participating.

Date:  May 23, 2013.